**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

PATRICK LEN FLORENCE,   :
          :
  Plaintiff,     :
          :
v.         :   1:04-CV-38 (WLS)
          :
Dr. ANKOH, et al.,    :
          :
  Defendants.    :
_____:

## ORDER

   Before the Court are two (2) Reports and Recommendations from United States

Magistrate Judge Richard L. Hodge, filed November 5 and November 8, 2007. (Docs. 89, 90[1]).

It is recommended that Petitioner's Motion for Default (Doc. 80) be denied.  (Doc. 89).

Additionally, it is recommended that Defendants Ankoh and Graham's Motion for Summary

Judgment (Doc. 24) as well as Defendants Roberts and Haynes's Motion for Summary Judgment

(Doc. 70) be granted.  (Doc. 90).  No objection, to either Report and Recommendation, has been

filed to date.

   Upon full review and consideration upon the record, the Court finds that said Reports and

Recommendations (Docs. 89, 90) should be, and hereby are, **ACCEPTED**, **ADOPTED** and

made the Order of this Court for reason of the findings made and reasons stated therein.

Accordingly, the Plaintiff's Motion for Default Judgment (Doc. 80) is **DENIED;** Defendants

Ankoh and Graham's Motion for Summary Judgment (Doc. 24) is **GRANTED**; and Defendants

Roberts and Haynes's Motion for Summary Judgment (Doc. 70) is **GRANTED**.  Defendants are

entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. 56(c).

---

   [1]   It appears that Judge Hodge's November 8, 2007 Report and Recommendation to the Court was filed on the docket at Document #90 and Document #91.

**SO ORDERED**, this __28th__ day of February, 2008.

                              ___/s/W. Louis Sands_____
                              **THE HONORABLE W. LOUIS SANDS,**
                              **UNITED STATES DISTRICT COURT**